# New York Drug Testing and Research Program
777 Warren Road    Ithaca, NY  14850
Telephone: 607-882-9065  Fax: 607-882-9067

December 3, 2021

Jennifer Wolsing
General Counsel
PPC/Kentucky Horse Racing Commission
4063 Iron Works Pkwy, Building B
Lexington, KY 40511

W. Craig Robertson III
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746

Dear Ms. Wolsing and Mr. Robertson,

The New York Drug Testing & Research Program (NYDTRP) has tested the Churchill Downs urine sample E427258 that was delivered by your representatives on July 14, 2021.

The urine sample was tested to determine if the alleged topical administration of OTOMAX could have resulted in the finding of betamethasone in the official A and B samples collected by the Kentucky Horse Racing Commission.

The urine sample contained clotrimazole, 2-(chlorophenyl) diphenylmethanol, a metabolite of clotrimazole, and betamethasone 17-valerate. Gentamycin was not confirmed in the sample. These analytes were detected in a topical administration of OTOMAX to two thoroughbred research horses. Betamethasone acetate was not detected in the sample. Other routes of administration have not been studied yet.

The analytical data to support these findings and the metabolism and excretion studies are available for review by an expert scientist in our Ithaca Laboratory. We consider this to be a research project that will be submitted to a peer reviewed journal and as such is confidential until the data has been submitted for review.

Sincerely,

George A. Maylin, D.V.M., Ph.D.
Director, New York Drug Testing & Research Program

GAM/kep



Exhibit 10

## AFFIDAVIT

Affiant, being duly sworn, hereby states as follows:

1. My name is Dr. George Maylin. I am of sound mind, over eighteen years of age, and make the statements contained herein based on my own personal knowledge.

2. I am the Director of the New York Equine Drug Testing and Research Laboratory which is located in Ithaca, New York. The New York Testing laboratory is fully accredited thorough ISO 17025 and the Racing Medication Testing Consortium. We test all equine samples from New York racing jurisdictions. We also test equine samples from other racing jurisdictions when such testing does not interfere with our primary responsibility to the New York Gaming Commission.

3. Pursuant to a Court Order entered in the matter of *Bob Baffert and Zedan Racing Stables, Inc. v. Kentucky Horse Racing Commission*, Franklin Circuit Court, Civil Action No. 21-CI-00456, a urine sample (E427258) from MEDINA SPIRIT was hand delivered to me on July 14, 2021 by representatives of both parties.

4. I agreed to test the MEDINA SPIRIT urine sample to determine if the alleged topical administration of OTOMAX could have resulted in the finding of betamethasone in the official A and B samples collected from the horse by the Kentucky Horse Racing Commission.

5. Attached hereto as Exhibit A is a letter dated December 3, 2021 which I sent to the representatives of both parties following the testing. This letter sets forth my findings which are based on a reasonable degree of scientific certainty.

6. Specifically, the MEDINA SPIRIT urine sample contained both a metabolite of clotrimazole and betamethasone 17-valerate. This is consistent with the topical administration of

1

OTOMAX. The MEDINA SPIRIT urine sample did not contain betamethasone acetate. This is consistent with a finding that the horse was not given an injection of betamethasone.

7.    Based on these results, it is my opinion that the finding of betamethasone in the official A and B samples collected from MEDINA SPIRIT by the Kentucky Horse Racing Commission following the 2021 Kentucky Derby resulted from the topical administration of OTOMAX and not an injection of betamethasone. My findings are consistent with veterinary records which show that MEDINA SPIRIT was prescribed OTOMAX by Dr. Vince Baker in the weeks leading up to the Kentucky Derby, and the public statements of both Dr. Baker and Mr. Baffert that MEDINA SPIRIT was not given a betamethasone injection before the Kentucky Derby.

Further affiant sayeth naught.

_____
GEORGE MAYLIN

STATE OF _New York_ )
                    ) :SS
COUNTY OF _Tompkins_ )

The foregoing instrument was subscribed, sworn to, and acknowledged before me by George Maylin on this _ day of February, 2022.

My Commission expires: _10/26/25_

_____
NOTARY PUBLIC (April Emeno)

100691413.1