UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BOB BAFFERT, ET AL.                                                                                   Plaintiffs

v.                                                                                   Civil Action No. 3:22CV-123-RGJ

CHURCHILL DOWNS, INC., ET AL.                                                                Defendants

\* \* \* \* \*

## ORDER

This Matter, having come before the Court on the Plaintiff's Motion to Withdraw Motion for Preliminary Injunction, and it appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

**IT IS HEREBY ORDERED** that Plaintiff's Motion [DE 33] is **GRANTED**. The Motion for Preliminary Injunction is deemed withdrawn without prejudice to refiling. The hearing on the Motion for Preliminary Injunction scheduled for April 15, 2022, is likewise vacated.

Copies to Counsel