UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BOB BAFFERT, AND BOB BAFFERT  Plaintiffs
RACING STABLES, INC

v.  Civil Action No. 3:22-cv-123-RGJ

CHURCHILL DOWNS, INC., WILLIAM C.  Defendants
CARSTANJEN, and R. ALEX RANKIN

\* \* \* \* \*

## ORDER

Plaintiffs, Bob Baffert and Bob Baffert Racing Stables, Inc., ("Plaintiffs") renewed their motion for a preliminary injunction. [DE 41]. Defendants, Churchill Downs, Inc., William C. Carstanjen, and R. Alex Rankin, ("Defendants") have not responded, but the time for doing so has not yet elapsed.

Accordingly, **IT IS ORDERED** as follows:

(1)  This action is scheduled for a preliminary injunction hearing on **January 18, 2023, at 1:00 p.m.** at the U.S. Gene Snyder Courthouse in Louisville, Kentucky. Counsel should be present in the courtroom by 12:00 p.m. if they wish to use the Court provided case presentation technology.

(2)  In the event either or both of the parties request for the preliminary injunction hearing to be rescheduled, the parties shall contact the Court's Deputy, Ms. Andrea Morgan by email at andrea_morgan@kywd.uscourts.gov with copy to opposing counsel.

(3)  Defendants shall respond to Plaintiffs' Renewed Motion for a Preliminary Injunction by end of day **January 3, 2023**, and Plaintiffs may reply no later than end of day **January 6, 2023**.

2

(4)     **No later than Seven (7) days before the preliminary injunction hearing**, the parties shall file:

      a. a list of witnesses to be presented at the preliminary injunction hearing, including the subject matter of each witness's testimony and the purpose for which such testimony is offered; and

      b. a list of exhibits to be presented at the preliminary injunction hearing, including any demonstrative and/or summary exhibits and a description of each exhibit in sufficient detail to permit adequate identification thereof.

(5)     **No later than Seven (7) days before the preliminary injunction hearing**, the parties shall exchange proposed pre-marked exhibits.

Copies to: Counsel