UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BOB BAFFERT, AND BOB BAFFERT RACING STABLES, INC                                     Plaintiffs

v.                                                                                                         Civil Action No. 3:22-cv-123-RGJ

CHURCHILL DOWNS, INC., WILLIAM C. CARSTANJEN, and R. ALEX RANKIN                    Defendants

\* \* \* \* \*

### ORDER

Plaintiffs, Bob Baffert and Bob Baffert Racing Stables, Inc., renewed their motion for a preliminary injunction. [DE 41]. The response of Defendants, Churchill Downs, Inc., William C. Carstanjen, and R. Alex Rankin is due January 17, 2023 and Plaintiffs' reply is due January 20, 2023. [DE 45].

Accordingly, **IT IS ORDERED** as follows:

(1) This action is scheduled for a preliminary injunction hearing on **February 2, 2023, at 1:00 p.m.** at the U.S. Gene Snyder Courthouse in Louisville, Kentucky. Counsel should be present in the courtroom by 12:00 p.m. if they wish to use the Court provided case presentation technology.

(2) In the event either or both of the parties request for the preliminary injunction hearing to be rescheduled, the parties shall contact the Court's Deputy, Ms. Andrea Morgan by email at andrea_morgan@kywd.uscourts.gov with copy to opposing counsel.

(3) **No later than Seven (7) days before the preliminary injunction hearing**, the parties shall file:

    a. a list of witnesses to be presented at the preliminary injunction hearing,

including the subject matter of each witness's testimony and the purpose for which such testimony is offered; and

b. a list of exhibits to be presented at the preliminary injunction hearing, including any demonstrative and/or summary exhibits and a description of each exhibit in sufficient detail to permit adequate identification thereof.

(4) **No later than Seven (7) days before the preliminary injunction hearing**, the parties shall exchange proposed pre-marked exhibits.

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

January 4, 2023

Copies to: Counsel

2