**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

|  |  |
|---|---|
| BOB BAFFERT and BOB BAFFERT RACING STABLES, INC., | |
| Plaintiffs, | |
| v. | Civil Action No. 22-cv-00123-RGJ |
| CHURCHILL DOWNS, INC., WILLIAM C. CARSTANJEN, and R. ALEX RANKIN, | |
| Defendants. | |

**DECLARATION OF MATT BENJAMIN IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR A**
**PRELIMINARY INJUNCTION**

I, Matt Benjamin, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct:

1.      I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for

Defendants Churchill Downs, Inc., William C. Carstanjen, and R. Alex Rankin in the above-

captioned action.  I am admitted to practice law in the State of New York and admitted *pro hac*

*vice* in this action.  I am over the age of 18 years and am not a party to this action.  I respectfully

submit this declaration in support of Defendants' opposition to Plaintiffs' renewed motion for a

preliminary injunction.

2.      Attached as **Exhibit 1** is a true and correct copy of a news article written by

Cassandra Negley and published by *Yahoo! Sports* on November 5, 2020, titled "Famed Triple

Crown Trainer with 30 Career Drug Violations Vows to Keep Horses Clean."

3.      Attached as **Exhibit 2** is a true and correct copy of a 2020 Drug Testing Summary

published by the Kentucky Horse Racing Commission (the "KHRC").  The summary reflects that,

out of the 13,872 total thoroughbred race starts in the Commonwealth of Kentucky in the year 2020, there were only 18 drug positives.

**Nautical Look**

4.     Attached as **Exhibit 3** is a true and correct copy of a news article written by Rob Fernas and published by the *Los Angeles Times* on July 4, 2001, titled "Dose of Reality."   The article states that the Baffert-trained horse Nautical Look tested positive for morphine after winning a race at Hollywood Park on May 3, 2000.  The article states that, during a hearing before the California Horse Racing Board ("CHRB"), Mr. Baffert "stated that his employees often have bakery goods around the barn that may contain poppy seeds, which could cause a positive reading for morphine if ingested by a horse."

5.     Attached as **Exhibit 4** is a copy of the June 20, 2001 Statement of Decision of the CHRB Board of Stewards in the matter of Bob Baffert / Nautical Look (Case #00HP0027), published by ESPN.  The Statement of Decision includes testimony given by Nautical Look's groom, Clementino Abrego Garcia, who testified that Mr. Baffert "encourage[d]" Garcia "to admit that he had eaten bakery products while in close proximity to 'Nautical Look.'"  The Statement of Decision indicates that Mr. Garcia testified "that he had not consumed any food while handling the horse."  The Statement of Decision indicates that Mr. Baffert would be suspended for 60 days for violation of CHRB rules #1843(a) and #1887.

**Pretty N Cool**

6.     Attached as **Exhibit 5** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on January 21, 2016.  The Complaint alleges that Baffert-trained horse Pretty N Cool tested positive for phenylbutazone after finishing third in a race at Santa Anita Race Track

on January 2, 2016.  The Complaint indicates that Mr. Baffert received a warning on February 5, 2016.

7.      Attached as **Exhibit 6** is a true and correct copy of a CHRB Report of Investigation dated January 21, 2016, with attached memorandum.  The Report of Investigation states that the post-race sample associated with Pretty N Cool "was found to contain the class 4 drug 'Phenylbutazone' (2.56 ug/ml)."

**American Gal**

8.      Attached as **Exhibit 7** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on December 31, 2016.  The Complaint alleges that the Baffert-trained horse American Gal tested positive for phenylbutazone after finishing first in a race at Santa Anita Race Track on October 23, 2016.

9.      Attached as **Exhibit 8** is a true and correct copy of a CHRB Report of Investigation dated December 31, 2016, with attached memorandum.  The Report of Investigation states that the post-race sample associated with American Gal "was found to contain the class 4 drug 'Phenylbutazone' (2.69 ug/ml)."

10.     Attached as **Exhibit 9** is a true and correct copy of the Official Ruling of the Board of Stewards dated January 15, 2017, fining Mr. Baffert $250 for violations of CHRB rules #1843(a)(d) and #1844(c)(1).

**Diamondsandpearls**

11.     Attached as **Exhibit 10** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on July 12, 2017.  The Complaint alleges that the Baffert-trained horse

Diamondsandpearls tested positive for phenylbutazone after finishing first in a race at Santa Anita on July 2, 2017.

12.     Attached as **Exhibit 11** is a true and correct copy of a CHRB Report of Investigation dated July 12, 2017, with attached memorandum.  The Report of Investigation states that the post-race sample associated with Diamondsandpearls was found to "contain the Class Four substance phenylbutazone (3.19 ug/ML)."  It states that "Baffert was surprised to learn of the bute positive" and "thought maybe his veterinarian, Dr. Vincent Baker, was late administering the bute injection the day before race day."

13.     Attached as **Exhibit 12** is a true and correct copy of the Official Ruling of the Board of Stewards dated October 22, 2017, fining Mr. Baffert $1,000 for violation of CHRB rules #1843(a)(d) and #1844(c)(1).

**Justify**

14.     Attached as **Exhibit 13** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert and others on August 25, 2020.  The Complaint alleges that the Baffert-trained horse Justify tested positive for scopolamine after finishing first in a race at Santa Anita on April 7, 2018.

15.     Attached as **Exhibit 14** is a true and correct copy of a CHRB Report of Investigation dated April 26, 2018, with attached memorandum.  The Report of Investigation states that the post-race sample associated with Justify "was reported by . . . UC Davis Laboratories to contain Scopolamine" and that scopolamine was "considered to be a prohibited drug substance." It states that Mr. Baffert said "he does not know how 'Justify' tested positive for scopolamine because he does not have the drug in his barn and has never given it to any of his horses."  It states

that Mr. Baffert said "the drug is found in a weed that contaminates feed" and "[i]f this was the source of the drug [he] feels that there was no way he could have avoided the positive test result."

16.     Attached as **Exhibit 15** is a true and correct copy of a news article written by Joe Drape and published by *The New York Times* on September 11, 2019, titled "Justify Failed a Drug Test Before Winning the Triple Crown."  The article is cited in the January 17, 2023 Declaration of Michael Anderson (the "Anderson Declaration") at paragraph 62.  The article states that the Baffert-trained horse Justify tested positive for scopolamine "weeks before the first race in the Triple Crown, the [2018] Kentucky Derby," which "meant Justify should not have run in the Derby, if the sport's rules were followed."  It states that "[o]nly a handful of racing officials and people connected to Justify knew about the positive test, which occurred April 7, 2018, after Justify won the Santa Anita Derby."  The article states that, in August 2018, after Justify had won the 2018 Kentucky Derby and the Triple Crown, the CHRB "disposed of the inquiry altogether during a closed-door executive session."

**Cruel Intention**

17.     Attached as **Exhibit 16** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on August 8, 2019.  The Complaint alleges that the Baffert-trained horse Cruel Intention tested positive for phenylbutazone after finishing third in a race at Del Mar on July 27, 2019.

18.     Attached as **Exhibit 17** is a true and correct copy of a CHRB Report of Investigation dated August 8, 2019, with attached memorandum.  The Report of Investigation states that the official blood sample associated with Cruel Intention was found to "contain phenylbutazone (510 ng/ML)."  It states that Mr. Baffert said "he did not know why the horse Cruel Intention tested positive for Bute."

19.     Attached as **Exhibit 18** is a true and correct copy of the Official Ruling of the Board of Stewards dated November 23, 2019, fining Mr. Baffert $500 for violation of CHRB rules #1843(a)(b)(d) and #1843.1.

20.     Attached as **Exhibit 19** is a true and correct copy of a news article written by John Cherwa and published by the *Los Angeles Times* on December 9, 2019, titled "Racing! Stewards' Rulings Are Back."  The article states that Mr. Baffert "accepted full responsibility and said he would initiate new barn protocols to keep this from happening again."

**Eclair**

21.     Attached as **Exhibit 20** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on August 16, 2019.  The Complaint alleges that the Baffert-trained horse Eclair tested positive for phenylbutazone after finishing fourth in a race at Del Mar on August 3, 2019.

22.     Attached as **Exhibit 21** is a true and correct copy of a CHRB Report of Investigation dated August 16, 2019, with attached memorandum.  The Report of Investigation states that the official blood sample associated with Eclair was found "to contain phenylbutazone (2.88 ug/ML)."   It states that Mr. Baffert said "he thinks someone is intentionally giving [phenylbutazone] to his horses and mentioned that he would be offering a reward to help solve this case."

23.     Attached as **Exhibit 22** is a true and correct copy of the Official Ruling of the Board of Stewards dated November 23, 2019, fining Mr. Baffert $1,500 for violation of CHRB rules #1843(a)(b)(d) and #1843.1.

**Charlatan and Gamine (Arkansas)**

24.     Attached as **Exhibit 23** is a true and correct copy of a news article written by Tim Sullivan and published by the *Louisville Courier Journal* on May 26, 2020, titled "Source: 2 Bob Baffert Horses Test Positive for Banned Substances During Oaklawn Park Meet." The article states that two Baffert-trained horses "tested positive during the recent meet at Arkansas' Oaklawn Park."

25.     Attached as **Exhibit 24** is a true and correct copy of a news article written by Ray Paulick and published by the *Paulick Report* on July 6, 2020, titled "Attorney for Baffert Claims Human Back Pain Patch Caused Drug Positives for Gamine, Charlatan." The article quotes Mr. Baffert's attorney, Craig Robertson, as stating: "After investigation, it is our belief that both Gamine and Charlatan were unknowingly and innocently exposed to lidocaine by one of Bob's employees. The employee previously broke his pelvis and . . . wore a Salonpas patch on his back that he personally applied. That brand of patch contains small amounts of lidocaine."

26.     Attached as **Exhibit 25** is a true and correct copy of the Conclusions of Law submitted by the Arkansas Racing Commission on April 29, 2021, fining Mr. Baffert $10,000 "resulting from the positive tests of Charlatan and Gamine following the races at Oaklawn Park on May 2, 2020."

**Merneith**

27.     Attached as **Exhibit 26** is a true and correct copy of a Complaint filed by the CHRB against Bob Baffert on August 9, 2020. The Complaint alleges that the Baffert-trained horse Merneith tested positive for dextrorphan after finishing second in a race at Del Mar on July 25, 2020.

28.     Attached as **Exhibit 27** is a true and correct copy of a CHRB Report of Investigation dated September 17, 2020, with attached memorandum.  The Report of Investigation states that Mr. Baffert said "he did not know what that medication was and did not know how Merneith would have gotten that medication."  It states that Mr. Baffert said "the groom who was with Merneith at the time had tested positive for Covid 19 and was possibly taking cold medicine." It states that Mr. Baffert called the groom, William Alonzo, to the office and asked him "if he had urinated on Merneith's hay, to which Alonzo said he did not."

29.     Attached as **Exhibit 28** is a true and correct copy of the Official Ruling of the Board of Stewards dated November 29, 2020, fining Mr. Baffert $2,500 for violation of CHRB rules #1843(a)(b)(d) and #1843.1(a).

30.     Attached as **Exhibit 29** is a true and correct copy of a news article written by Paulick Report Staff and published by the *Paulick Report* on November 30, 2020, titled "Del Mar Stewards: Baffert Fined $2,500."  The article quotes Mr. Baffert as stating: "A number of my staff were sick with COVID this summer, including Merneith's groom. . . .  This is clearly another case of contamination.  Ultimately, this is my responsibility.  It's really embarrassing for the barn, but that's what happened.  #2020 sucks."

**Gamine (Kentucky)**

31.     Attached as **Exhibit 30** is a true and correct copy of a news article written by Joe Drape and published by *The New York Times* on October 22, 2020, titled "Another Failed Drug Test Is Linked to a Bob Baffert Horse."  The article states that the Baffert-trained horse Gamine "tested positive for a banned substance after finishing third in the prestigious Kentucky Oaks" at

Churchill Downs Racetrack on September 4, 2020.  The article states that the positive drug test "was Baffert's 28th drug violation, and his third in six months."

32.     Attached as **Exhibit 31** is a true and correct copy of a news article written by Tim Sullivan and published by the *Louisville Courier Journal* on October 23, 2020, titled "After Another Positive, Bob Baffert Case Will Test Racing's Commitment to Drug Reform."  The article is cited in the Anderson Declaration at paragraph 72.  The article states that, on September 15, 2021, Churchill Downs responded to an inquiry about the Kentucky Oaks positive drug test by stating: "We have long advocated for strict regulations with respect to the use of medications to ensure that competitors are fit to race and the races are conducted fairly and with transparency. Noncompliance is cheating, and it jeopardizes the wellbeing of the horses and fairness in our sport. It cannot be tolerated."  The article states that regulatory databases maintained by the Association of Racing Commissioners International and the Jockey Club "show Baffert has had at least 30 previous medication violations during his career involving a dozen different drugs."

33.     Attached as **Exhibit 32** is a true and correct copy of a news article written by Tim Sullivan and published by the *Louisville Courier Journal* on January 22, 2021, titled "No End in Sight for Trainer Bob Baffert's Prize Filly Gamine and Her Failed Drug Tests."  The article states that "Gamine was the only one of 89 tested horses to produce a positive on Oaks or Derby Day" in 2020.  The article states that "[t]hough the use of betamethasone is permitted in Kentucky as a therapeutic, any race day positive is a violation."

34.     Attached as **Exhibit 33** is a true and correct copy of a news article written by Paulick Report Staff and published by the *Paulick Report* on October 22, 2020, titled "Gamine Tests Positive for Betamethasone in Oaks Post-Race Test; Split Sample Results Still Pending." The article is cited in the Anderson Declaration at paragraph 73.  The article quotes a statement

issued by Mr. Baffert's attorney, W. Craig Robertson, confirming that "Gamine's test revealed 27 picograms of betamethasone.   The current threshold in Kentucky is 10 picograms . . . . [T]he thresholds for many lawful medications such as betamethasone are way too low . . . ."

35.     Attached as **Exhibit 34** is a true and correct copy of a press release issued by Bob Baffert, published by *Thoroughbred Daily News* on November 4, 2020, and cited in the Anderson Declaration at paragraph 74.  Mr. Baffert's release states: "I am very aware of the several incidents this year concerning my horses and the impact it has had on my family, horse racing, and me." Mr. Baffert's release states: "Given what has transpired this year, I intend to do everything possible to ensure I receive no further medication complaints."  Mr. Baffert's release states: "[B]eginning immediately, I plan to implement the following procedures in an effort to make my barn one of the leaders in best practices and rule compliance," including "retaining Dr. Michael Hore . . . to ensure the well-being of horses in [his] care and rule compliance" and "personally increasing my oversight and commitment to running a tight ship and being careful that protective measures are in place."

36.     Attached as **Exhibit 35** are true and correct copies of emails sent from Mr. Baffert's attorney, Craig Robertson, to KHRC Chief Steward Barbara Borden in January 2021, which Defendants received in response to an open records request.

37.     Attached as **Exhibit 36** is a true and correct copy of the KHRC Board of Stewards ruling dated January 30, 2021, fining Mr. Baffert $1,500, disqualifying Gamine from the 2020 Kentucky Oaks, and ordering that all purse money be forfeited.

38.     Attached as **Exhibit 37** is a true and correct copy of a news article written by Byron King and published by *Blood Horse* on February 4, 2021, titled "Baffert Fined, Gamine DQ'd

from Kentucky Oaks Third." The article quotes Mr. Baffert's attorney, Craig Robertson, as stating: "We are going to accept that fine, pay the fine, and then move forward."

39.     Attached as **Exhibit 38** is a true and correct copy of a news article written by Byron King and published by *Blood Horse* on May 12, 2021, titled "Hore's Advisory Role for Baffert Did Not Materialize." The article quotes an email written by Dr. Michael Hore: "Following some initial discussions with Bob and one of my colleagues last fall, . . . our role in those procedures did not materialize as intended, because of travel and other restrictions related to COVID-19."

**Medina Spirit**

40.     Attached as **Exhibit 39** is a true and correct copy of a news article written by Pat Forde and published by *Sports Illustrated* on May 9, 2021, titled "Bob Baffert's Leaking Credibility Reaches Saturation Point After Derby Drug Positive." The article quotes Mr. Baffert's May 9, 2021 press conference "at his Churchill Downs barn": "We did not give [betamethasone] to [Medina Spirit]. . . . The vet, no one, has ever treated him with it. This is a gut punch for something I didn't do. It's disturbing. . . . I don't know what's going on in racing right now, but there's something not right. I don't feel embarrassed. I feel like I was wronged."

41.     Attached as **Exhibit 40** is a true and correct copy of a news article written by Mark Moore and published by the *New York Post* on May 9, 2021, titled "Trump calls Medina Spirit a 'junky' after horse tests positive for betamethasone." The article quotes Donald J. Trump as stating "So now even our Kentucky Derby winner, Medina Spirit, is a junky. This is emblematic of what is happening to our Country." The article is cited in the Anderson Declaration at paragraph 98.

42.     Attached as **Exhibit 41** is a true and correct copy of a news article written by Ryan Gaydos and published by *Fox News* on May 10, 2021, titled "Bob Baffert Asserts Medina Spirit's Kentucky Derby Win Was Valid, Invokes 'Cancel Culture.'" The article quotes Mr. Baffert as

stating: "It did not happen.   That horse [Medina Spirit] has never been treated with (betamethasone)."  The article quotes Mr. Baffert as stating: "Churchill Downs came out with that statement—that was pretty harsh . . . . It was like a cancel culture kind of a thing . . . ."

43.     Attached as **Exhibit 42** is a true and correct copy of a news article written by David K. Li and published by *NBC News* on May 10, 2021, titled "Medina Spirit's Trainer Slams 'Cancel Culture' After Suspension for Horse's Failed Drug Test."  The article quotes Mr. Baffert as stating: "I've never been a conspiracy theorist.  It just seems really strange now that here's a horse that didn't get that specific drug.  He was not treated with that.  That's mind boggling right there that somebody . . . had him contaminated somewhere."

44.     Attached as **Exhibit 43** is a true and correct copy of a news article written by Pat Forde and published on May 10, 2021 by *Sports Illustrated*, titled "Bob Baffert Has Turned the Medina Spirit Controversy Into a Circus."  The article states that Mr. Baffert "escalated the situation to circus proportions."

45.     Attached as **Exhibit 44** is a true and correct copy of a news article written by Victor Mather and published by *The New York Times* on May 10, 2021, titled "A Derby Winner's Drug Test Won't Affect Any Bets.  Here's Why."  The article is cited in the Anderson Declaration at paragraph 98.

46.     Attached as **Exhibit 45** is a true and correct copy of a news article written by Chuck Culpepper and Gus Garcia-Roberts and published by *The Washington Post* on May 14, 2021, titled "Bob Baffert, Long Horse Racing's Irreverent King, Sits on a Precarious Throne."  The article is cited in the Anderson Declaration at paragraph 98.

47.     Attached as **Exhibit 46** is a true and correct copy of a news article published by WKYT News Staff on May 11, 2021, titled "Baffert Says Ointment Used for Medina Spirit's Skin

Condition Contained Betamethasone."   The article is cited in the Anderson Declaration at paragraph 96.

48.     Attached as **Exhibit 47** is a true and correct copy of a statement issued by Bob Baffert and published by NBC Sports on May 15, 2021, titled "Bob Baffert's Full Statement on Medina Spirit."

49.     Attached as **Exhibit 48** is a true and correct copy of a news article written by Joe Drape and published by *The New York Times* on June 2, 2021, titled "Positive Drug Test Confirmed for Kentucky Derby Winner Medina Spirit."   The article is cited in the Anderson Declaration at paragraph 99.  The article states that Mr. Baffert's attorney, Clark Brewster, said that a laboratory had "tested a second postrace sample from the Derby" and "confirmed the presence, at a prohibited level, of the drug betamethasone."

50.     Attached as **Exhibit 49** is a true and correct copy of a news article written by John Cherwa and published by the *Los Angeles Times* on October 1, 2021, titled "The Last Stand of Bob Baffert, Horse Racing's Most Successful and Embattled Trainer."   The article is cited in the Anderson Declaration at paragraph 97.

51.     Attached as **Exhibit 50** is a true and correct copy of a news article written by John Cherwa and published by the *Los Angeles Times* on November 5, 2021, titled "Corniche Rolls to Breeders' Cup Juvenile Win for Under-Fire Trainer Bob Baffert."   The article is cited in the Anderson Declaration at paragraph 97.

52.     Attached as **Exhibit 51** is a true and correct copy of a news article published by *USA Today* on December 3, 2021, titled "Ointment Led to Medina Spirit's Failed Test After Ky Derby."   The article is cited in the Anderson Declaration at paragraph 97.

53.     Attached as **Exhibit 52** is a true and correct copy of a news article written by Ron Flatter and published by VSiN, titled "Medina Spirit's Noisy Life Ends Quietly."  The article states that "[o]f the 147 horses who have won the Kentucky Derby, Medina Spirit was only the fourth to have died at age three."

54.     Attached as **Exhibit 53** is a true and correct copy of a news article written by Chuck Culpepper and Gus Garcia-Roberts and published by *The Washington Post* on December 6, 2021, titled "Medina Spirit, Disputed Derby Winner Dragged Down by Positive Drug Test, Dies After Workout."

55.     Attached as **Exhibit 54** is a true and correct copy of a news release published by the CHRB on February 11, 2022, titled "Medina Spirit Necropsy Report."

56.     Attached as **Exhibit 55** is a true and correct copy of the CHRB investigation report titled "Report on the Investigation and Review of the Seven Sudden Deaths on the Hollywood Park Main Track of Horses Trained by Bob Baffert and Stabled in Barn 61."

57.     Attached as **Exhibit 56** is a true and correct copy of a news article written by Gus Garcia-Roberts and Steven Rich and published by *The Washington Post* on June 18, 2021, titled "The Dark Side of Bob's Baffert's Reign."  The article is cited in the Anderson Declaration at paragraph 70.  The article states that at least 74 horses died while under Mr. Baffert's care in California since 2000, the highest rate of any trainer in the state when accounting for number of races run.  The article reproduces text messages exchanged between Mr. Baffert and KHRC Chief Steward Barbara Borden on September 12, 2020.

58.     Attached as **Exhibit 57** is a true and correct copy of a news article written by Eric Mitchell and published by *Blood Horse* on April 10, 2013, titled "Baffert Horses Big Part of

Sudden Death Spike." The article states that 36% of all horses that died from cardiac failure in California in 2012 had been stabled with Mr. Baffert.

**KHRC Proceedings**

59.     Attached as **Exhibit 58** is a true and correct copy of the KHRC Board of Stewards ruling dated February 21, 2022, suspending Mr. Baffert for 90 days, fining Mr. Baffert $7,500, and disqualifying Medina Spirit from the 2021 Kentucky Derby.

60.     Attached as **Exhibit 59** is a true and correct copy of a news article written by Tim Sullivan and published by the *Louisville Courier Journal* on June 8, 2021, titled "Bob Baffert, Medina Spirit's Owner Sue for More Testing to Show Source of Betamethasone." The article quotes Dr. Mary Scollay, executive director and chief operating officer of the Racing Medication and Testing Consortium (RMTC) and former equine medical director for the KHRC, as stating that the presence of a Class C drug such as betamethasone means a "non-negotiable" disqualification in Kentucky and that "[h]ow it got into the horse does not negate that it was in the horse."

61.     Attached as **Exhibit 60** is a true and correct copy of a news article written by Katie Petrunyak and published by *Thoroughbred Daily News* on March 17, 2022, titled "Familiar Arguments at Hearing for Baffert's Stay of Suspension." The article states that, at a March 16, 2022 hearing on Mr. Baffert's request to stay the KHRC Board of Stewards ruling, KHRC General Counsel Jennifer Wolsing said: "The source of betamethasone is pharmacologically irrelevant to its impact on the horse. . . . Our regulations are very clear. Betamethasone, in whatever form, is completely prohibited on race day."

62.     Attached as **Exhibit 61** is a true and correct copy of the KHRC's Response to Plaintiffs' Motion to Stay and for Temporary Injunction in *Bob Baffert, et al. v. Kentucky Horse Racing Commission*, Civil Action No. 21-CI-00456 (Franklin Cir. Ct., Mar. 1, 2022).   The Response states that KHRC regulations "prohibit a horse from carrying betamethasone in its body during a race, regardless of the route of administration," and that "[a]ny form of betamethasone above the limit of detection is prohibited on race day."   It states that "[t]he source of the betamethasone is scientifically irrelevant to its pharmacological effect."

63.     Attached as **Exhibit 62** is a true and correct copy of the Franklin Circuit Court decision in *Baffert, et al. v. Ky. Horse Racing Comm'n*, No. 21-CI-456 (Franklin Cir. Ct., Mar. 21, 2022).

64.      Attached as **Exhibit 63** is a true and correct copy of the Kentucky Court of Appeals order denying Mr. Baffert's motion for emergency relief in *Baffert et al. v. Ky. Horse Racing Comm'n*, No. 2022-CA-0317-I (Ky. App. Apr. 1, 2022).

65.     Attached as **Exhibit 64** is a true and correct copy of a collection of excerpts from the transcript of the KHRC administrative hearing in *Robert A. Baffert, et al. v. Ky. Horse Racing Comm'n*, Administrative Action No. 22-TB-004, 005 (Aug. 22-30, 2022), which Defendants received in response to an open records request.   During the parties' opening statements, the General Counsel for the KHRC stated: "Was [Mr. Baffert] lying the whole time that he swore up and down there was no ointment or cream, or conversely, did he just have no idea what was going on in his barn?   In the end, . . . the answer to that question doesn't matter, because right here in the Commission's regulation, . . . betamethasone is a Class C [drug], prohibited at limit of detection regardless of the route of administration."   During the parties' closing statements, the General Counsel for the KHRC stated: "Between August 25[, 2020], and the present, there's only been two

betamethasone violations:  One at the Oaks, and one at the Derby.  Both of them were from the same trainer.  Everybody else is able to figure out this medication rule and how it applies to them, but not Mr. Baffert."  The Exhibit contains excerpts from the parties' opening and closing statements, as well as excerpts of testimony from witnesses Dr. Barbara Borden, Dr. Bruce Howard, Dr. Heather Kynch, and Dr. Mary Scollay.  Defendants can provide the full hearing transcript, which is 2,142 pages, upon request.

**New York Racing Association ("NYRA") Proceedings**

66.    Attached as **Exhibit 65** is a true and correct copy of the Amended Statement of Charges served by the New York Racing Association, dated December 22, 2021, in the matter captioned *In the Matter of Robert A. Baffert*.

67.    Attached as **Exhibit 66** is a true and correct copy of an excerpt from the transcript of a January 27, 2022 hearing before the New York Racing Association, in the matter captioned *In the Matter of Robert A. Baffert*.  The excerpt contains testimony from Mr. Baffert.

68.    Attached as **Exhibit 67** is a true and correct copy of the hearing report prepared by Hearing Officer O. Peter Sherwood, dated April 23, 2022, in the matter captioned *In the Matter of Robert A. Baffert*.

**Other**

69.    Attached as **Exhibit 68** is a true and correct copy of the Judgment on Dilatory Exception of Prematurity and Petition for Judicial Review of Administrative Ruling, dated October 17, 2022, in the matter captioned *Churchill Downs Louisiana Horseracing Co. v. Louisiana State Racing Commission*, No. 2021-9587 (Civ. Dist. Ct. Orleans Parish).

70.    Attached as **Exhibit 69** is a true and correct copy of an opinion editorial written by Michael Beychok and published by nola.com on January 22, 2022, titled "Here's Why I'm Giving

Up on Horse Racing—Unless the Sport Makes Changes."

71.     Attached as **Exhibit 70** is a true and correct copy of a news article written by Tim Layden and published by *NBC Sports* on May 7, 2022, titled "Kentucky Derby Winner Rich Strike: A Longshot Brings Joy Back to Racing."   The article is cited in the Anderson Declaration at paragraph 114.

72.     Attached as **Exhibit 71** is a true and correct copy of a news article written by Pat Forde and published by *Sports Illustrated* on May 7, 2022, titled "In Result No One Saw Coming, Rich Strike's Kentucky Derby Win Helps Redeem Racing."

73.     Attached as **Exhibit 72** is a true and correct copy of a news article written by Joe Drape and published by *The New York Times* on May 7, 2022, titled "Rich Strike, 80-1 Long Shot, Wins Kentucky Derby in Stunning Upset."   The article is cited in the Anderson Declaration at paragraph 114.

74.     Attached as **Exhibit 73** is a true and correct copy of a news article written by Joe Drape and published by *The New York Times* on May 8, 2022, titled "Rich Strike's Derby Win Has Given Horse Racing a Welcome Reboot."   The article is cited in the Anderson Declaration at paragraph 114.

75.     Attached as **Exhibit 74** is a true and correct copy of a news article written by John Clay Lexington and published by the *New Hampshire Union Leader* on May 8, 2022, titled "Kentucky Derby Winner Rich Strike Is Just What Horse Racing Needed."   The article is cited in the Anderson Declaration at paragraph 114.

76.     Attached as **Exhibit 75** is a true and correct copy of a news article written by Tim Sullivan and published by the *Louisville Courier Journal* on February 22, 2022, titled "Owners Standing by Baffert in Spite of Ban."   The article states that "the investors who have entrusted

Baffert with their most promising Derby prospects have overwhelmingly stuck by him more than eight months since the ban was imposed."

77.     Attached as **Exhibit 76** is a true and correct copy of a news article written by Bob Ehalt and published by *Blood Horse* on February 26, 2022, titled "Baffert-Trained Pinehurst Captures Saudi Derby."  The article states that Mr. Baffert "picked up yet another rich prize Feb. 26 as he shipped Pinehurst halfway around the world and was rewarded with a game victory in the $1.5 million Saudi Derby."

78.     Attached as **Exhibit 77** is a true and correct copy of a news article written by the Associated Press and published by *Sports Illustrated* on March 26, 2022, titled "Bob Baffert-Trained Country Grammer Wins Dubai World Cup."  The article states that the horse Country Grammer "provided Hall of Fame trainer Bob Baffert with victory in the $12 million Dubai World Cup."

79.     Attached as **Exhibit 78** is a true and correct copy of a news article written by David Grening and published by *Daily Racing Form* on November 2, 2022, titled "Baffert to Attend Breeders' Cup With Eye to Future, Not Past."  The article states that Mr. Baffert "ran two horses in the Breeders' Futurity [at Keeneland] in October" and would participate in "the 39th Breeders' Cup" at Keeneland in November.  The article also states that horse owner Mike Pegram and others have "stuck with Baffert" as their trainer.

80.     Attached as **Exhibit 79** is a true and correct copy of a news article written by Bob Ehalt and published by *Blood Horse* on December 28, 2022, titled "Memorable Opening Day for Baffert, Santa Anita."  The article quotes Mr. Baffert as stating: "I just feel really blessed and I really appreciate the support from our clientele.  It was by far my best opening day [at Santa Anita]."

81.    Attached as **Exhibit 80** are true and correct copies of records compiled and hosted by Equibase, a public database of racing information with statistical profile pages for horses, jockeys, owners, and trainers.  According to Equibase, as of January 17, 2023, Baffert-trained horses have won over $338 million in total over the course of Mr. Baffert's career.  According to Equibase, Baffert-trained horses won $14,646,762.00 in 2021; $9,734,751.00 in 2022; and $413,280.00 in 2023 as of the date of this declaration.  According to Equibase, Baffert-trained horses made approximately 341 race starts in 2021, approximately 259 race starts in 2022, and approximately 23 race starts in 2023 as of the date of this declaration.

82.    Attached as **Exhibit 81** are true and correct copies of records compiled and hosted by Equibase, a public database of racing information with statistical profile pages for horses, jockeys, owners, and trainers.  According to Equibase, Baffert-trained horses made approximately 1,728 race starts in the years 2016 through 2020.  Approximately 66 (3.8%) of these race starts took place on CDI-owned racetracks, and approximately 79 (4.6%) of these race starts took place within the Commonwealth of Kentucky.  According to Equibase, the only CDI-owned racetrack at which Baffert-trained horses raced in the years 2012 through 2020 was Churchill Downs Racetrack in Louisville, Kentucky.  According to Equibase, Baffert-trained horses have not raced at Turfway Park or Ellis Park since at least 2012.  These publicly available records are available online at https://www.equibase.com.   Defendants can provide these records, which are approximately 405 pages in full, upon request.

83.    Attached as **Exhibit 82** are true and correct copies of records compiled and hosted by Equibase, a public database of racing information with statistical profile pages for horses, jockeys, owners, and trainers.  According to Equibase, Baffert-trained horses have made 10 race starts within the Commonwealth of Kentucky, earning a total of $1,212,937.00 since June 2, 2021.

84.     Attached as **Exhibit 83** is a true and correct copy of the KHRC's 2023 Race Dates Calendar.

*        *        *

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated: January 17, 2023

_____

MATT BENJAMIN