UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BOB BAFFERT, AND BOB BAFFERT RACING STABLES, INC                                    Plaintiffs

v.                                                                                  Civil Action No. 3:22-cv-123-RGJ

CHURCHILL DOWNS, INC., WILLIAM C. CARSTANJEN, and R. ALEX RANKIN                    Defendants

\* \* \* \* \*

# JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants with respect to the claims brought in this matter.

(2) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(3) The Clerk of Court is directed to strike this matter from the Court's active docket.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

May 24, 2023